ALAN C. CHEN (SBN 224420)
PHILLIP K. WANG (SBN 186712)
RIMON, P.C.
2029 Century Park East, Suite 400N
Los Angeles, California 90067
Telephone: (213) 677-0986
Facsimile: (213) 677-0986
alan.chen@rimonlaw.com
phillip.wang@rimonlaw.com

Attorneys for Plaintiff,
VIDA ENTERPRISE CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDA ENTERPRISE CORPORATION, a California corporation,<br><br>        Plaintiff,<br><br>     vs.<br><br>ANGELINA SWAN COLLECTION, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>       Defendants. | Case No.:  2:22-cv-915<br><br>**COMPLAINT FOR:**<br><br>**(1) FEDERAL TRADEMARK INFRINGEMENT (15 U.S.C. § 1114);**<br>**(2) FALSE DESIGNATION OF ORIGIN (15 U.S.C. § 1125);**<br>**(3) COMMON LAW TRADEMARK INFRINGEMENT; AND**<br>**(4) UNFAIR COMPETITION (CA. BUS. & PROF. CODE § 17200).**<br><br>**[DEMAND FOR JURY TRIAL]** |

Plaintiff VIDA ENTERPRISE CORPORATION, a California corporation ("Vida" or "Plaintiff") brings this action against defendants ANGELINA SWAN COLLECTION, INC., a Delaware corporation ("Defendant") and DOES 1 to 10 (collectively with Defendant, the "Defendants") for damages under the laws of the United States and the State of California as follows:

## JURISDICTION AND VENUE

1.      This action arises under the trademark laws of the United States, 15 U.S.C. §§ 1114 and 1125(a), and under statutory and common law trademark infringement, and unfair competition.

2.      This Court has jurisdiction under 28 U.S.C. §§ 1331, 1338, and 1367.

3.      Venue lies in this judicial district pursuant to 28 U.S.C. § 1391.

4.      This Court has personal jurisdiction over Defendants, as Defendants are doing business in California and this District, including the acts complained of herein, and are subject to the jurisdiction of this Court.  Defendants willfully infringed on Vida's trademark rights and purposefully directing their activities towards California.

## NATURE OF THE ACTION

5.      This is an action for trademark infringement and false designation of origin under the Lanham Act, 15 U.S.C. §§ 1114 and 1125, and unfair competition pursuant to California Business and Professions Code § 17200, *et seq*., and the common law.

6.      Vida, a U.S.-based company, has been in the apparel business for more than 30 years.  Vida designs, markets and distributes a broad range of apparel products under, among others, the ANGELINA® and SWAN® trademarks. Vida is the exclusive owner of the trademarks, ANGELINA, United States Trademark Registration Nos. 1687176 and 4399571, as well as SWAN, United States Trademark Registration No. 2879617, in international class 25 for, among others, clothing, footwear and headwear. The ANGELINA and SWAN marks have been in

use in commerce since as early as 1989 and 1993, respectively and have become incontestable through their long and continued use in the marketplace. A representative sample of Vida's use of the marks are depicted in **Exhibit A** hereto.

7.     Vida markets its ANGELINA and SWAN branded hosiery, undergarments and apparel on social media, at tradeshows, through various retail and online outlets, including Walmart, Amazon, vida-us.com and Angelina.shop. Vida's ANGELINA and SWAN branded hosiery, undergarments and apparel have also been featured by and covered by various media outlets.

8.     On February 22, 2021, Defendants filed an intent-to-use application for registration of a composite mark, S ANGELINA SWANN, serial number 90538749, with the following design:



Though the composite mark is for "S ANGELINA SWANN," the applicant is identified as "Angelina Swan Collection, Inc.," a corporation located at 180 Talmadge Road, Suite 226, Edison, New Jersey 08817. A copy of USPTO's online records for Defendants' application is attached hereto as **Exhibit B**.

9.     On October 2, 2021, Defendants registered the domain, angelinaswann.us. The domain's registrant is identified as "Angelina Swann," located at 14 Zirkel Avenue, Piscataway, New Jersey, 08854. A copy of the domain registration information from Google Domains is attached hereto as **Exhibit C**.

10.     In or about December 2021, Defendant began operating a website using the angelinaswann.us domain name, incorporating the ANGELINA SWANN and the S ANGELINA SWANN marks (collectively, "Infringing Marks"). On the website, Defendants offered to sell or sold apparel products, namely hats, using the Infringing Marks ("Infringing Products"). Defendants further promoted use of the

marks by encouraging its customers to tag Defendants using the hashtags, "#ANGELINASWANN" and "@angelinaswann." A copy of Defendants' use of the Infringing Marks on its website and on Instagram is attached hereto as **Exhibit D**.

11.    Defendants' use of the Infringing Marks infringes Vida's registered trademarks as consumers are likely to be confused or misled by Defendants' misuse of Vida's marks—whether individually, collectively, or in any combination thereof.

12.    Accordingly, to prevent the potential and actual consumer confusion resulting from and to remediate Defendants' unauthorized promotion and sale of the Infringing Products, Vida files this complaint and seeks, among others, immediate and permanent injunctive relief, Vida's lost profits, disgorgement of Defendants' profits, Vida's reasonable attorneys' fees and expenses, a product recall, corrective advertising sufficient to address Defendants' wrongdoing, and a court order directing that the USPTO either deny Defendants' pending trademark application or cancel Defendants' registration, if applicable.

## THE PARTIES

13.    Plaintiff Vida Enterprise Corporation is a California corporation with its principal place of business located in Los Angeles, California.

14.    On information and belief, defendant ANGELINA SWAN COLLECTION, INC., is a Delaware corporation with its principal place of business at 180 Talmadge Road, Suite 226, Edison, New Jersey 08817.

15.    On information and belief, Defendant is in the business of manufacturing, distributing, and selling ornamental headwear that are specifically branded under the marks, ANGELINA SWANN and S ANGELINA SWANN. Representative specimens of the Infringing Products are attached as **Exhibit E**.

16.    The true names and capacities of defendants sued herein as DOES 1-20, inclusive, are unknown to Vida, who therefore sues said defendants by such fictitious names. Vida will amend this Complaint to allege their true names and capacities when the same are ascertained.

17.     Upon information and belief, at all relevant times mentioned in this Complaint, Defendants, and each of them, were acting in concert and active participation with each other in committing the wrongful acts alleged herein, and were the agents of each other and were acting within the scope and authority of that agency and with the knowledge, consent and permission of one another.

## BACKGROUND

18.     Vida has been in the manufacturing, import, wholesale business for more than 30 years.  Located in the heart of the Los Angeles Fashion District, Vida markets and distributes a broad range of apparels, including hosiery, undergarments, pajamas, dresses, and accessories for women, men and children.  Vida's products are labeled under internationally registered trademarks, including and not limited to the ANGELINA and SWAN trademarks.

19.     Vida is the sole and exclusive owner of United States Trademark Registration No. 1687176 for the trademark, ANGELINA, in International Class 25 for "women's hosiery and underwear." The mark has been in use as early as November 22, 1989 and has been duly registered since May 12, 1992. A true and correct copy of the USPTO registration record for the ANGELINA mark is attached hereto as **Exhibit F**.

20.     Vida is also the sole and exclusive owner of the United State Trademark Registration No. 4399571 for the trademark, ANGELINA, in International Class 25, for:

> "Clothing and accessories, namely, bandeau, tank tops, dresses, skirts, tutus, thermal tops, leggings, skirted leggings, pajamas, t-shirts, gloves, ***beanies***, ***hats***, scarves, earmuffs, headbands, arm warmers, leg warmers, boot socks, boot covers, slipper socks, footies and bra straps; underwear, bras, panties, slips, a-shirts, teddies, lingerie, corsets, girdle, body shapers and undershirts; hosiery, socks, stockings, pantyhose, tights, bodystockings, bodysuits."

(Emphasis added.) The mark has a registration date of September 10, 2013 and has been in use in commerce since August 31, 1992. The mark became incontestable as

1  of October 3, 2018. A true and correct copy of the USPTO registration record for

2  the ANGELINA mark is attached hereto as **Exhibit G**.

3       21.    Vida is also the sole and exclusive owner of United States Trademark

4  Registration No. 2879617 for SWAN in international class 25 for "underwear and

5  socks for men, [ woman, ] children and babies." (Brackets in original.) The mark has

6  a registration date of August 31, 2004, and was used in commerce as of December

7  31, 1985. The mark became incontestable on August 5, 2010. A true and correct

8  copy of the USPTO registration record for the SWAN mark is attached hereto as

9  **Exhibit H**.

10       22.    Vida has been in business for over 30 years and in that time has

11  developed a reputation for producing high quality, creative and innovative products

12  at a tremendous value that are prized in the industry.

13       23.    Vida places great efforts to promote and maintain its and its products'

14  image and identity, by creating distinctive designs and marks for use on its products

15  and seeking U.S. trademark registrations for such marks and designs.

16       24.    For many years before Defendants began to use a combination of

17  Vida's ANGELINA and SWAN trademarks, Vida has continuously used and

18  promoted the ANGELINA and SWAN trademarks in connection with its branded

19  hosiery, undergarment and apparel lines through social media, its websites, Walmart

20  Marketplace/Walmart.com, Amazon.com, and other means common to the trade.

21       25.    Continuously and without interruption, since long before Defendants

22  began selling the Infringing Products, Vida has expended a great deal of time, effort,

23  and money in the advertising and promotion of its ANGELINA and SWAN branded

24  goods.  Due to Vida's innovative design, extensive marketing efforts, and market

25  penetration, the ANGELINA and SWAN trademarks have acquired distinctiveness

26  in the marketplace when applied to hosiery, undergarments and apparel.  In addition,

27  the consuming public has come to recognize and associate hosiery, undergarments

28  and apparel bearing the ANGELINA and SWAN trademarks as high quality goods

with great value.

26.     In addition to being original and inherently distinctive, Vida's ANGELINA and SWAN trademarks are widely recognized by consumers as a designator of a single source, thereby acquiring secondary meaning amongst the relevant consumers in the marketplace.

**Defendants' Unlawful Conduct**

27.     At the outset, none of the Defendants to this action is licensed or otherwise authorized by Vida to market or distribute products bearing Vida's ANGELINA and SWAN trademarks.

28.     Upon information and belief, since approximately December 2022—notably long after Vida established its rights and reputation in its ANGELINA and SWAN trademarks—Defendants began to offer for sale and sold various head coverings bearing the ANGELINA SWANN mark and/or in conjunction with use of the S ANGELINA SWANN mark. These trademarks are nearly identical in sight, sound, and meaning with the ANGELINA and SWAN trademarks, whether the marks are used individually or in any combination thereof.

29.     Through Defendants' use and promotion of the Infringing Products on the angelinaswann.us website and social media such as Instagram, Defendants have caused the Infringing Products to enter interstate commerce and/or to be transported or used in interstate commerce.

30.     In or about October of 2021, Vida learned that Defendants filed a trademark application for the S ANGELIA SWANN mark and that Defendants intended to or offered for sale products that will infringe on Vida's registered trademarks.

31.     On October 25, 2021, Vida sent written a correspondence to Defendants demanding that it cease and desist from further selling the Infringing Products or use of the Infringing Marks.

32.     On December 19, 2021, Defendants responded, in part, by stating:

1
2
3
4

> There is no likelihood of confusion between the ANGELINA SWANN mark and any of the Vida-owned Marks [ANGELINA® and SWAN®]. … No reasonable mind comparing the ANGELINA SWANN mark against the Vida-owned Marks [ANGELINA® and SWAN®] would conclude that consumers could be confused about the source of the goods sold.

5   33.    Despite the cease-and-desist notice, Vida is informed and believes that

6   Defendants, without Vida's consent or permission, continue to sell, advertise,

7   promote, display, and distribute, headwear bearing the confusingly similar

8   ANGELINA SWANN and/or S ANGELINA SWANN mark.

9   34.    In particular, Defendants' attempted registration of the S ANGELINA

10  SWANN mark notwithstanding its actual use of the ANGELINA mark is a thinly

11  veiled attempt to mislead the consumers about the rights for the use of the

12  ANGELINA and SWAN marks, whether individually or in any combination thereof.

13  Defendants' trademark application is evident of Defendants' express recognition of

14  Vida's trademark rights and deliberate intent to circumvent Vida's incontestable

15  registration of the ANGELINA and SWAN marks.

16  35.    The activities of Defendants in copying, distributing, advertising,

17  selling, offering for sale and otherwise using the ANGELINA SWANN and the S

18  ANGELINA SWANN marks in connection with the Infringing Products constitutes

19  false designation of origin regarding sponsorship of those goods and falsely

20  represents to the public that the Infringing Products originate from the same source

21  as those goods sold in connection with Vida's ANGELINA and SWAN trademarks,

22  and/or that the Infringing Products have been sponsored, approved or licensed by

23  Vida, or are in some way affiliated or connected with Vida. Such activities of

24  Defendants are likely to confuse and mislead consumers, customers, purchasers, and

25  members of the public as to the origin of Defendants' Infringing Products bearing

26  the ANGELINA SWANN or the S ANGELINA SWANN marks, or to cause such

27  persons to believe that Defendants' Infringing Products and/or Defendants have been

28  sponsored, approved, authorized, or licensed by Vida or in some way affiliated or

connected with Vida, all in violation of, among other things, 15 U.S.C. §§ 1114 and 1125(a).

36.     Upon information and belief, the continuing activities of Defendants were done willfully with full knowledge of the falsity of such designations of origin and false descriptions or representations, with the intent to trade on the enormous goodwill Vida has earned in its ANGELINA and SWAN trademarks, and with the intent to cause confusion, and to mislead and deceive the purchasing public into believing that the Infringing Products are directly sponsored by, authorized, by, associated with, or originate from Vida.

37.     Defendants, by their unauthorized and intentional use of a trademark confusingly similar with Vida's ANGELINA and SWAN trademarks, have and are engaging in acts of trademark infringement, unfair competition, unlawful misappropriation, unjust enrichment, wrongful deception of the purchasing public, and unlawful trading on Vida's good will garnered its registered trademarks. Defendants have damaged the reputation, business and good will of Vida nationally and in this judicial district.

38.     Upon information and belief, Defendants are currently engaged in such infringing activities and—unless enjoined by the Court—will continue such infringing activities.

39.     Vida has no adequate remedy at law. The said activities of Defendants have caused and, if not enjoined, will continue to cause irreparable, immediate and impending harm and damage to Vida's business, and to the reputation and good will of Vida.

## **FIRST CAUSE OF ACTION**

### **Federal Trademark Infringement – 15 U.S.C. § 1114**

(Against All Defendants)

1.     Vida repeats and realleges each of the allegations in the paragraphs above as if fully set forth herein.

2.     Without Vida's authorization or consent, and despite knowledge of Vida's senior use and rights in its registered trademarks, Defendants manufactured, distributed, advertised, offered for sale and sold products bearing the Infringing Marks in competition with Vida, in or affecting interstate commerce.

3.     Defendants have caused a likelihood of confusion, mistake and deception as to the source, origin, sponsorship, authorization, association, or affiliation of Defendants' goods, such that there is a likelihood that the public will be confused into believing that the products Defendants promote, distribute, and sell are directly sponsored by, associated with, or originate from the same source as Vida's products sold in connection with its ANGELINA and SWAN trademarks.

4.     On information and belief, Defendants' acts have been willful and deliberate.

5.     As a direct and proximate result of Defendants' unlawful conduct, Defendants have misappropriated Vida's rights in the ANGELINA and SWAN trademarks, as well as the goodwill associated therewith, and have diverted sales and profits from Vida to Defendants. Thus, as a direct and proximate result of Defendants' acts of willful infringement, Vida has suffered damage to its valuable brands and reputation, and other damages in an amount to be proven at trial, including Defendants' profits and Vida's lost profits.

6.     Defendants' actions described above have caused and will continue to cause irreparable damage to Vida, unless Defendants are restrained by this Court. Vida has no adequate remedy at law with regard to Defendants' infringing conduct. Accordingly, Vida is entitled to a preliminary and permanent injunction, pursuant to 15 U.S.C. § 1116, restraining and enjoining Defendants and their agents, servants, and employees, and all persons acting thereunder, in concert with, or on their behalf, from using Vida's ANGELINA and SWAN trademarks, or any colorable imitation or variation thereof, in connection with the sale and/or marketing of any products.

7.     Defendants' aforesaid acts are exceptional within the meaning of 15

1 U.S.C. § 1117.

## SECOND CAUSE OF ACTION

### False Designation of Origin – 15 U.S.C. §1125

(Against All Defendants)

8.    Vida repeats and re-alleges each and every allegation in the paragraphs above as though fully set forth herein.

9.    Vida's ANGELINA and SWAN trademarks are highly distinctive, and have become associated in the public mind with products of quality, value and reputation finding their source in Vida.

10.    Vida owns all right, title and interest in and to the ANGELINA and SWAN trademarks throughout the United States.

11.    Without Vida's authorization or consent, and having knowledge of Vida's prior rights in the ANGELINA and SWAN trademarks, Defendants have manufactured, distributed, advertised, offered for sale and sold apparel and headwear bearing the trademarks, ANGELINA SWANN and S ANGELINA SWANN, or in conjunction with use of the Infringing Marks.

12.    Defendants' use of the Infringing Marks have caused a likelihood of confusion, mistake and deception as to the source of origin, sponsorship, authorization, association, or affiliation of Defendants' goods, such that there is a likelihood that the public will be confused into believing that the products Defendants promote, distribute, and sell are directly sponsored by, associated with, or originate from the same source as Vida's products sold in connection with the ANGELINA and SWAN trademarks.

13.    Defendants' acts described above constitute trademark infringement, false designation of origin, false description, and false representation in violation of 15 U.S.C. §1125(a). Such activities are harming Vida's ability to protect the integrity of its products and the goodwill of its valuable ANGELINA and SWAN trademarks.

14.     As a direct and proximate result of Defendants' unlawful conduct, Defendants have misappropriated Vida's rights in the ANGELINA and SWAN trademarks, as well as the goodwill associated therewith, and have diverted sales and profits from Vida to Defendants. Thus, as a direct and proximate result of Defendants' acts of willful infringement, Vida has suffered damage to its valuable brand and reputation, and other damages in an amount to be proven at trial, including Defendants' profits and Vida's lost profits.

15.     Defendants' actions described above have caused and will continue to cause irreparable damage to Vida, unless Defendants are restrained by this Court. Vida has no adequate remedy at law with regard to Defendants' infringing conduct. Accordingly, Vida is entitled to a preliminary and permanent injunction, pursuant to 15 U.S.C. § 1116, restraining and enjoining Defendants' and their agents, servants, and employees, and all persons acting thereunder, in concert with, or on their behalf, from using Vida's ANGELINA® and SWAN® trademarks, or any colorable imitation or variation thereof, in connection with the sale and/or marketing of any products.

16.     Defendants' aforesaid acts are exceptional within the meaning of 15 U.S.C. § 1117.

## THIRD CAUSE OF ACTION

### Common Law Trademark Infringement

(Against All Defendants)

17.     Vida repeats and re-alleges each and every allegation in the above paragraphs as though fully set forth herein.

18.     Defendants have violated Vida's exclusive common law rights in the ANGELINA and SWAN trademarks.

19.     Vida has continuously used its ANGELINA and SWAN trademarks to identify its goods in California and elsewhere, and to distinguish them from goods of a different origin. As such, Vida has common law rights to the ANGELINA and

SWAN trademarks.

20.     Defendants' acts described above constitute trademark infringement under the common laws of the United States, including California.

21.     As a direct and proximate result, Vida has suffered injury and harm and will continue to suffer such harm, including money damages, the amount of which Vida will prove at trial.

22.     Vida has no adequate remedy at law.  Said activities of Defendants have caused, and if not enjoined will continue to cause, irreparable harm and damage to the rights of Vida in its ANGELINA and SWAN trademarks and to its business reputation and good will.

23.     Upon information and belief, Defendants have engaged in their unlawful conduct alleged herein intentionally, maliciously, fraudulently, and oppressively entitling Vida to punitive damages in an amount to be determined at trial.

## FOURTH CAUSE OF ACTION

### Unfair Competition - CA. Bus. & Prof. 17200, *et seq.*

(Against All Defendants)

24.     Vida repeats and re-alleges each and every allegation of the paragraphs above as though fully set forth herein.

25.     This claim arises under the common law trademark rights of the State of California as well as the federally registered trademark rights in the ANGELINA and SWAN marks.

26.     Defendants' use of the ANGELINA SWANN and S ANGELINA SWANN trademarks in connection with the Infringing Products constitute reproductions, copies and colorable imitations of Vida's ANGELINA® and SWAN® trademarks and tradenames, and constitutes unfair competition, and is likely to cause confusion and mistake in the minds of the trade and the purchasing public as to the source of the parties' products and to cause purchasers to believe

1   Defendants' products are authentic products of Vida when in fact they are not.

2       27.    Upon information and belief, Defendants have intentionally

3   appropriated Vida's ANGELINA and SWAN trademarks and tradenames with the

4   intent of causing confusion, mistake, and deception as to the source of their goods

5   and with the intent of palming off their goods as those of Vida and to place others in

6   the position to palm off their goods as those of Vida.

7       28.    By their actions in infringing Vida's ANGELINA and SWAN

8   trademarks and tradenames, Defendants are improperly trading upon the reputation

9   and good will of Vida and are impairing Vida's valuable rights in those trademarks.

10      29.    Defendants' unauthorized activities as alleged herein constitute unfair

11  competition, and are likely to illegitimately harm Vida's competitive position in the

12  marketplace.

13      30.    As a direct and proximate result, Vida has suffered injury and harm and

14  will continue to suffer such harm, including money damages, the amount of which

15  Vida will prove at trial.

16      31.    Vida has no adequate remedy at law. Thus, said activities of

17  Defendants have caused, and if not enjoined, will continue to cause irreparable harm

18  and damage to the rights of Vida in its ANGELINA and SWAN trademarks, and to

19  Vida's business reputation and good will.

20      32.    Upon information and belief, Defendants have engaged in their

21  unlawful conduct alleged herein intentionally, maliciously, fraudulently and

22  oppressively entitling Vida to punitive damages in an amount to be determined at

23  trial.

24                      **PRAYER FOR RELIEF**

25      WHEREFORE, Vida prays for judgment against Defendants as follows:

26      1.     adjudge that each of the Defendants, by its willful misuse of the

27  ANGELINA SWANN and S ANGELINA SWANN designation in connection with

28  apparels, and such other acts as it may have undertaken relating to that designation,

have violated Vida's rights under 15 U.S.C. §§ 1114, 1125(a), California Business and Professions Code 17200, *et seq*., and common law, and that Defendants have done so willfully and for the purpose of violating Vida's rights and damaging Vida's goodwill and reputation in the ANGELINA and SWAN trademarks;

2.     a temporary, preliminary, and permanent injunctive order requiring that Defendants, their officers, members, managers, shareholders, directors, agents, servants, employees, successors, licensees, representatives, successors, assigns, and all persons acting in concert or participation with them, be permanently enjoined and restrained from:

   a.     manufacturing, importing, distributing, displaying, advertising, offering to sell or selling the Infringing Products or any apparel goods bearing the ANGELINA and SWAN trademarks, or any confusingly similar designations, whether individually or in any combination thereof;

   b.     using the ANGELINA and SWAN trademarks, or any confusingly similar trademarks whether individually or in any combination thereof, in connection with the importation, distribution, sale, offer for sale, or promotion of any apparel goods; and/or

   c.     filing or maintaining an application for registration or a registration of any mark or name that comprises "Angelina," "Swann," or any combination thereof that are confusingly similar thereto, with the United States Patent and Trademark Office or any other governmental or state authority.

3.     an order directing Defendants to file with the Court and serve on Vida, within thirty (30) days after entry of a final injunction, a report in writing under oath setting forth in detail the manner and form in which Defendants have complied with the injunction;

4.     an award of damages adequate to compensate Vida such lost profits as it has sustained as a consequence of Defendants' infringement of the ANGELINA and SWAN trademarks;

5.      an award of damages adequate to compensate Vida for Defendants' profits arising from their infringing conduct;

6.      an award of exemplary damages that is three times Vida's lost profits or Defendants' profits pursuant to 15 U.S.C. § 1117;

7.      an award of Vida's attorneys' fees and costs incurred in initiating and prosecuting this action;

8.      an order directing the USPTO to deny or otherwise cancel Defendants' application for registration of the S ANGELINA SWANN trademark or any application that uses the words, ANGELINA and SWAN, in any combination or parts thereof; and

9.      for such other and further relief as the Court may deem just and proper.

Dated: February 9, 2022                    RIMON, P.C.

By: _____

Alan C. Chen
Phillip K. Wang
Attorneys for Plaintiff
VIDA ENTERPRISE CORPORATION

COMPLAINT

# **DEMAND FOR JURY TRIAL**

Vida hereby demands and requests a trial by jury of all issues raised that are triable by jury.

Dated: February 9, 2022                    RIMON, P.C.


By: _____
Alan C. Chen
Phillip K. Wang
Attorneys for Plaintiff
VIDA ENTERPRISE CORPORATION