MANDOUR & ASSOCIATES, APC
JOSEPH A. MANDOUR, III (SBN 188896)
Email: jmandour@mandourlaw.com
BEN T. LILA (SBN 246808)
Email: blila@mandourlaw.com
8605 Santa Monica Blvd., Suite 1500
Los Angeles, CA 90069
Telephone: (858) 487-9300
Attorneys for defendant,
Angelina Swan Collection, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDA ENTERPRISE CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANGELINA SWAN COLLECTION, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendant. | **Civil Case No. 2:22-cv-915-ODW-JCx**<br><br>**MEMORANDUM OF EVIDENTIARY OBJECTIONS TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>**Hearing:**<br>Date: March 20, 2023<br>Time: 1:30 pm<br>Judge: Honorable Otis D. Wright II, U.S District Judge<br>Courtroom: Courtroom 5D, 5th Floor |

**Plaintiff's Statement (Dkt. #35-27) Paragraph 1:**

Objection to plaintiff's Declaration of Alan C. Chen in Support of Plaintiff Vida Enterprise Corporation in Opposition to Motion for Summary Judgment ("Chen Decl." ), Exhibit A (ECF No. 35-2).  The introduction of withheld evidence violates the Magistrate's Order granting Defendant's Motion to Compel and ordering plaintiff to produce all documents by January 23, 2023 (the close of discovery).  ECF No. 31.  The introduction of withheld evidence also violates Fed.R.Civ.P. 26 regarding initial disclosures.

**Plaintiff's Statement (Dkt. #35-27) Paragraph 15:**

Objection to Chen Decl. Exhibits G, I, J & K (ECF No. 35-8, 18, 19 & 20). The introduction of withheld evidence violates the Magistrate's Order granting Defendant's Motion to Compel and ordering plaintiff to produce all documents by January 23, 2023 (the close of discovery).  ECF No. 31.  The introduction of withheld evidence also violates Fed.R.Civ.P. 26 regarding initial disclosures.

Plaintiff failed to timely file and serve these exhibits with its Opposition in violation of L.R. 7-9.

**Plaintiff's Statement (Dkt. #35-27) Paragraph 17:**

Objection to Chen Decl. Exhibits B & C (ECF No. 35-3 & 4).  The introduction of withheld evidence violates the Magistrate's Order granting Defendant's Motion to Compel and ordering plaintiff to produce all documents by January 23, 2023 (the close of discovery).  ECF No. 31.  The introduction of withheld evidence also violates Fed.R.Civ.P. 26 regarding initial disclosures.

Plaintiff failed to timely file and serve these exhibits with its Opposition in violation of L.R. 7-9.

**Plaintiff's Statement (Dkt. #35-27) Paragraph 17:**

Objection to Chen Decl. Exhibits O, P & Q (ECF No. 35-3, 23, 24 & 25). The introduction of withheld evidence violates the Magistrate's Order granting Defendant's Motion to Compel and ordering plaintiff to produce all documents by January 23, 2023 (the close of discovery). ECF No. 31.

**Plaintiff's Statement (Dkt. #35-27) Paragraph 18:**

Objection to Chen Decl. Exhibit R. The Chen Declaration fails to authenticate the Exhibit R document per Fed. R. Evid. 901 and Mr. Chen lacks the foundation to do so per Fed.R.Evid. 602. The declarant as counsel for plaintiff has no personal knowledge regarding the production or maintenance of the alleged business records. Moreover, Plaintiff failed to timely file and serve Exhibit R until after its deadline to file an Opposition in violation of L.R. 7-9.

Respectfully Submitted,

**MANDOUR & ASSOCIATES, APC**

Dated: March 6, 2023

　　　　　/s/ Ben T. Lila
Ben T. Lila
Email: blila@mandourlaw.com
Attorneys for defendant,
Angelina Swan Collection, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on the below date I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the same on the parties.

Date: <u>March 6, 2023</u>

                                            /s/ Ben T. Lila
                                            Ben T. Lila
                                            Email: blila@mandourlaw.com