**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| VIDA ENTERPRISE CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>ANGELINA SWAN COLLECTION, INC.,<br><br>  Defendant. | Case № 2:22-cv-00915-ODW (JCx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendant's Motion for Summary Judgment, (ECF No. 50), it is hereby **ORDERED, ADJUDGED, and DECREED** as follows:

///
///
///
///
///
///
///
///

1. Defendant Angelina Swann Collection, Inc. shall have **JUDGMENT** in its favor.
2. Plaintiff Vida Enterprise Corporation shall recover nothing from Defendant.
3. Plaintiff's Complaint is **DISMISSED** on the merits and with prejudice.

This order shall constitute the **FINAL JUDGMENT** of the Court. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

April 12, 2023

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**